United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 3, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60594
Summary Calendar
_____

BALJIT SINGH,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A78 197 055
---------------------

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM:[*]

Baljit Singh, a native and citizen of India, petitions this court to review a decision by the Board of Immigration Appeals (BIA) denying a motion to reopen removal proceedings. Singh, who is a Sikh and hails from Punjab, argues that conditions in India have changed because the Congress Party, which has historically committed atrocities against the Sikhs, is now in power. He also contends that the original decision denying his applications for asylum and withholding of removal were in error.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Singh has failed to show that there is a reasonable likelihood that he would be granted relief at the reopened hearing.  See Guevara Flores v. INS, 786 F.2d 1242, 1247 (5th Cir. 1985).  He has therefore failed to show that the BIA abused its discretion in denying his motion to reopen.  See Pritchett v. INS, 993 F.2d 80, 83 (5th Cir. 1993).

Singh's petition for review is DENIED.